**PETERSON WATTS LAW GROUP, LLP**
GLENN W. PETERSON, ESQ. (SBN 126173)
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Phone: (916) 780-8222
Fax: (916) 780-8775

Attorneys for Plaintiff
Kaylee Greer

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLEE GREER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BEN'S BARKETPLACE, INC., BEN'S BARKETPLACE ROSEVILLE, INC., BRAD ROMERO; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | No.　2:19-cv-01563-WBS-KJN<br><br>**ORDER TO REFER MATTER TO VDRP** |

The Court, having considered the Stipulation filed on September 19, 2019, hereby orders this matter to Voluntary Dispute Resolution Program (VDRP). The Scheduling Conference is continued from 11/25/2019 to **1/21/2020 at 1:30p.m. in Courtroom 5 (WBS).** A joint status report shall be filed no later than 1/7/2020 in accordance with the Court's order issued August 13, 2019 (Docket No. 3).

**IT IS SO ORDERED.**

Dated: October 4, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE