**PETERSON WATTS LAW GROUP, LLP**
GLENN W. PETERSON, ESQ. (SBN 126173)
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Phone: (916) 780-8222
Fax: (916) 780-8775

Attorneys for Plaintiff
Kaylee Greer

**DONAHUE ● DAVIES LLP**
JAMES R. DONAHUE, SBN 105106
MICHAEL E. MYERS, SBN 99451
Post Office Box 277010
Sacramento, CA 95827-7010
(916) 817-2900

Attorneys for Defendants,
Ben's Barketplace Inc., et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLEE GREER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BEN'S BARKETPLACE, INC., BEN'S BARKETPLACE ROSEVILLE, INC., BRAD ROMERO; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | No.　2:19-cv-01563-WBS-KJN<br><br>**ORDER RESCHEDULING STATUS CONFERENCE PENDING COMPLETION OF VOLUNTARY DISPUTE RESOLUTION**<br><br>Present Pretrial Sch. Conf.: January 21, 2020 |

Having considered the parties' joint request to postpone the scheduling conference in this matter to enable them to complete their participation in this Court's Voluntary Dispute Resolution Program, and good cause appearing, the requested relief is granted as follows.

IT IS HEREBY ORDERED THAT:

　　1.　　The Scheduling Conference is continued to **March 30, 2020 at 9:00 a.m. in Courtroom 5 (WBS).**

　　2.　　The parties shall file a Joint Status Report compliant with this Court's original

Pretrial Scheduling Conference Order (Dkt. 3) no later than **March 16, 2020**.

**IT IS SO ORDERED.**

Dated: January 7, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE